LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>NINA R. PRUDE,<br><br>　　　　　　Defendant | No. CV A 10-8841　URC<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Nina R. Prude, in the principal amount of $680.79 plus interest accrued to November 15, 2010, in the sum of $1,216.34; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of **$1,897.13**.

DATED: 12/8/2010　　　　　　　By: TERRI NAFISI
　　　　　　　　　　　　　　　　　　Clerk of the Court


　　　　　　　　　　　　　　　　　_Linda Rp_
　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　United States District Court

Page 5